tendered herself as a witness. (*People* v. *Richardson*, 222 N. Y. 103.)   Young, Hagarty, Seeger, Carswell and Scudder, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, y. JOHN PASCHKE, FRANK BARNES, EDWIN JENKINS, OSCAR AWE and ALICE MALONE, Appellants.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Queens, unanimously affirmed.   No opinion.   Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

MARGARET G. TULLY, Respondent, v. RECLAMATION AND BUILDING CORPORATION, GEOFFREY KONTA, AUTOMOTIVE & TRANSPORTATION COMPANY, INC., and PARK CENTRAL MOTORS SERVICE, INC., Appellants.— Order denying defendants' motion to change place of trial affirmed on argument, with ten dollars costs and disbursements.   Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ., concur.

MARGARET G. TULLY, Respondent, v. RECLAMATION AND BUILDING CORPORATION and AUTOMOTIVE & TRANSPORTATION COMPANY, INC., Appellants.— Order denying defendants' motion to change place of trial affirmed on argument, with ten dollars costs and disbursements.   Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ., concur.

L. BAMBERGER & COMPANY, INC., Appellant, v. SAMUEL PARTNOW and SADIE PARTNOW, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied.   Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

MIRIAM BARON, Respondent, v. MAX G. YOKEL, ROSE B. YOKEL, His Wife, and Others, Defendants.   ALEXANDER GERSEN, Appellant.— Motion to dismiss appeal and to vacate stay granted, with ten dollars costs, and appeal dismissed, and stay vacated, with costs.   Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

NATHANIEL BECHER, Respondent, v. CLARENCE D. SIRE, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.   Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

HARRY BLACK and ISRAEL SINGER, Respondents, v. MAX HORN and PAULINE HORN, Appellants, and Others, Defendants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.   Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

HARRY BRISKMAN, Respondent, v. GITLA ZARETSKY BRISKMAN, Also Known as GITLA ZARECKI BRISKMAN, Appellant.— Motion to dismiss appeal granted, and appeal dismissed.   Present — Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ.

CITIZENS FINANCE CORPORATION, Appellant, v. ANDREW W. AHERN, Respondent.— Motion for stay of trial granted upon condition that appellant perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that within five days from the entry of the order herein appellant give an undertaking, with corporate surety, to secure payment of costs and disbursements which may be awarded